UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID BROWN,
        PLAINTIFF,

v.                                        CIVIL ACTION NO: 10-10030-MBB

TOWN OF DRACUT and
WILLIAM BAILEY, in his capacity,
        DEFENDANT.

## ORDER OF DISMISSAL

March 1, 2011

**BOWLER, U.S.M.J.**

This court having been advised that the above-entitled action has been settled;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice and without costs. Upon good cause shown, any party may move to reopen the action within SIXTY (60) days if the settlement is not consummated.

                                              /s/ Marianne B. Bowler
                                              **MARIANNE B. BOWLER**
                                              United States Magistrate Judge